

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Legends Landscapes, LLC, Appellant

No. 06-13-00129-CV      v.

Thomas Brown d/b/a B&B Construction, Appellee

Appeal from the 241st District Court of Smith County, Texas (Tr. Ct. No. 130214C). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

      As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

      We further order that the appellee, Thomas Brown d/b/a B&B Construction, pay all costs of this appeal.

RENDERED MARCH 27, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk